UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: AMERICAN WORKFORCE, § Case No.: 91-34904
§
§ **FILED**
Debtor (s) §
§ JAN 31 2011
§
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF DIVIDEND UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a  X  creditor __ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant (s) | George T. Haddon |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (if claimant is an individual, skip to Question No. 3) | <NONE>, |
| 3. | Current Mailing address | C/O APL, Inc., 3855 S. Boulevard, #200, Edmond, OK 73013 |
| 4. | Telephone Number | (405) 340-4900 |
| 5. | SS# (last 4 digits only) or EIN# | XXX-XX-4146 |
| 6. | Amount Being Claimed | $1,621.17 |

I, Greg Griffith ,do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

American Property Locators, Inc.
Attorney In Fact

Date: 1/28/11            By: _____            _____
                             Claimant Signature                    Co-Claimant Signature

Subscribed and Sworn to Before Me this   28   day of January, 2011  .

_____
Notary Public

In and for the State of OKLAHOMA

My commission expires April 27, 2011

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: <u>January 28, 2011</u>

_____
Claimant's Signature

# LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

George T. Haddon, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only** to recover unclaimed funds arising from the bankruptcy of **AMERICAN WORKFORCE, in the amount of $1,621.17,** that belong to the Principal and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this _18_ day of _November_, 20_10_.

**PRINCIPAL:**

_George T. Haddon_ (signature)

PRINCIPAL'S ADDRESS:
1575 Taylor Road
Manchester, TN 37355
(931) 247-7464
SSN XXX-XX-_4146_

## ACKNOWLEDGMENT

STATE OF _Tennessee_ )
COUNTY OF _Coffee_ )

Before me a Notary Public, in and for said County and State on this _18_ day of _November_, 20__, personally appeared _____ personally known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_Aug 5th, 2013_

_Kristina Newt_ (signature)
Notary Public

[Notary Seal: KRISTINA E. NEWTON, STATE OF TENNESSEE NOTARY PUBLIC, COFFEE COUNTY]



## Tarrant Appraisal District
Real Estate
Data current as of 01/28/2011

**Account Number:** 01372432
**Property Location:** 313 Huntington Dr, Euless
**Owner Information:** Owen, Harry R
720 Calender Ct
Fort Worth Tx 76131-4234

### Prior Owners

| Name | Date | Instrument | Deed Vol | Deed Page |
|---|---|---|---|---|
| BRATTON, NANCY G | 1994-12-23 | | | |
| ROBLES, NANCY G | 1994-12-22 | | 11852 | 0623 |
| ROBLES, RICHARD ETUX NANCY | 1990-09-28 | | 10058 | 0147 |
| SECRETARY OF HUD, | 1990-03-07 | | 09927 | 2023 |
| BANCPLUS MORTGAGE CORP, | 1990-03-06 | | 09879 | 0930 |
| HADDON, GEORGE T ETUX SHERRI | 1985-10-29 | | 08364 | 0470 |
| DAVIS, KENNETH E | | | | |

If there is no deed date, Tarrant Appraisal District records do not contain the actual deed date.

## SUBSTITUTE TRUSTEE'S DEED

THE STATE OF TEXAS §
§
COUNTY OF Tarrant §

WHEREAS, GEORGE T. HADDON AND WIFE, SHERRI L. HADDON, in order to secure the payment of a certain promissory note (the "Note") for the sum set forth in said Note, payable to the order of NORTH AMERICAN MORTGAGE COMPANY, executed a certain Deed of Trust (herein called "Deed of Trust") dated May 20, 1987 to Sam J. Brown, Trustee, recorded in Volume 8989, Page 346 of the Tarrant County records of Tarrant County, Texas, reference to which Deed of Trust and its record reference is here made for a detailed description of said Note, the terms and covenants of said Deed of Trust, and the land and premises therein conveyed (the land, premises, improvements and other property therein described being herein called the "Property"); said land being situated in Tarrant County, Texas, and being more particularly described as follows:

LOT ONE (1), BLOCK SIX (6), HUNTINGTON PLACE, AN ADDITION TO THE CITY OF EULESS, TARRANT COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 388-34, PAGE 71, PLAT RECORDS, TARRANT COUNTY, TEXAS.

WHEREAS, RANCPIDE MORTGAGE CORP. ("Holder") is the owner and holder of the Note secured by the Deed of Trust, and has appointed the undersigned as Substitute Trustee under the Deed of Trust in the manner authorized by the Deed of Trust; and

WHEREAS, default was made in the payment of said Note according to the terms, tenor and effect thereof, and Holder, after all required notices were given, declared the whole Note immediately due and payable and requested the undersigned to sell said Property, according to law and in accordance with the provisions of said Deed of Trust, in satisfaction of the indebtedness secured by said Deed of Trust; and

WHEREAS, the Property was advertised for sale, and written Notice of Substitute Trustee's Sale ("Notice of Sale") was posted in accordance with the terms of said Deed of Trust and in accordance with Article 3810 of the Texas Revised Civil Statutes and Section 51.002 of the Property Code of the State of Texas, as amended, said Property having been advertised for sale at least twenty-one (21) days preceding the date of the sale and a copy of the said Notice of Sale was also filed with the County Clerk in the county in which the Property is located; and

WHEREAS, Holder, through its agent, served written notice of the proposed sale by certified mail at least twenty-one (21) days preceding the date of sale on each debtor obligated to pay such debt according to the records of the Holder by deposit of the Notice of Sale in the United States mail, postage prepaid and addressed to each debtor at the debtor's last known address as shown by the records of the Holder; and

WHEREAS, I, the said Substitute Trustee, did, on March 6, 1990 offer the property for sale at public auction at the area of the courthouse of said county where the commissioners' court has designated such sales to take place. The subject sale was conducted within the three (3) hour period between the hours of 10:00 a.m. and 1:00 p.m., and no earlier than the hour set forth in the Notice of Sale; and

01-3131-031    10601761  9996

09879  0930

WHEREAS, at said sale BANCPLUS MORTGAGE CORP. ("Grantee") bid for the Property the sum of $ 81,250.51 cash, which was the highest and best bid offered therefor, whereupon the Property was knocked off and sold for said sum to the said Grantee in accordance with the terms and provisions of the Deed of Trust; and

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS: That I, the undersigned Substitute Trustee, named and appointed under the terms of the Deed of Trust, acting herein and by virtue of the power conferred upon me by the Deed of Trust, and in accordance with the laws of the State of Texas, for and in consideration of the sum bid as aforesaid, which amount has been applied in accordance with the terms of the Deed of Trust on the indebtedness secured by it, do hereby bargain, sell and convey unto the Grantee the hereinbefore described Property, together with all and singular the rights and appurtenances in anywise belonging to the same.

TO HAVE AND TO HOLD the said Property unto said Grantee, its (his) heirs, executors, successors and assigns, forever, in fee and manner aforesaid, by virtue of the power vested in me under the terms of the Deed of Trust, I do hereby bind and obligate the mortgagor(s) identified in the Deed of Trust to warrant and forever defend, all and singular, the right and title to the Property unto the said Grantee, its (his) heirs, executors, successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, however, without covenants or warranties expressed or implied, or any liabilities whatsoever on me personally.

The address of the Grantee is: BANCPLUS MORTGAGE CORP.
9601 McAllister Freeway
San Antonio, TX 78216

WITNESS MY HAND this the 6th day of March, 1990.

_____
Liz Witte, Lyle Tempey, Melissa
Brown, and/or Melanie Hildebrand
Substitute Trustee

THE STATE OF TEXAS §
§
COUNTY OF Harris §

This instrument was acknowledged on the 6th day of March, 1990, by Liz Witte, Lyle Tempey, Melissa Brown, and/or Melanie Hildebrand, Substitute Trustee.

_____
NOTARY PUBLIC - STATE OF TEXAS
Name: _____
My Commission Expires: _____

Return To:
NOLAN, NORTON AND BLAIR-FORECLOSURE DEPT.
Five Post Oak Park
Suite 400
Houston, Texas 77027

01-3131-031
10601761
9996

Return To:
_____
_____

GF # _____

# American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

January 28, 2011

VIA PRIORITY MAIL

U.S. Bankruptcy Court
NORTHERN DISTRICT OF TEXAS
1100 Commerce Street, Room 1254
Dallas, TX 75242
Attn: Mark Burdine

Re: Application to Withdraw Unclaimed Funds

Dear Mr. Burdine:

Enclosed is an Application to Withdraw Unclaimed Funds relating to the following matter:

| | |
|---|---|
| Case No: | 91-34904 |
| Debtor: | AMERICAN WORKFORCE |
| Creditor/Claimant: | George T. Haddon |
| Amount: | $1,621.17 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG
Enclosures